IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01627-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

FRANK FORD,

    Plaintiff,

v.

NO NAMED DEFENDANTS

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Frank Ford, is a resident of Denver, Colorado.  On July 30, 2015, he filed *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this order.  Mr. Ford will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application

(10)  X   other: The Motion is incomplete.  All sections must be completed by the Plaintiff. In the alternative, Plaintiff may pay the $400 filing fee.

**Complaint, Petition or Application**:
(11)  __   is not submitted
(12)  __   is not on proper form (Applicant may find the Court-approved form used in filing a Civil General Complaint at www.cod.uscourts.gov.)
(13)  X   is missing an original signature by the prisoner
(14)  __   is missing page nos. __
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  X   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  X   other: The Complaint is incomplete. All sections must be completed.  The caption must include names of Plaintiff and Defendant(s); the parties must be identified, including addresses; a basis for federal jurisdiction must be asserted; claims for relief and supporting factual allegations must be included, as well as a request for relief.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the forms to cure the above noted deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED August 5, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge