IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01627-GPG

FRANK FORD,

    Plaintiff,

v.

NO NAMED DEFENDANTS,

    Defendants.

## SECOND ORDER TO CURE DEFICIENCIES

On July 30, 3015, Mr. Ford, a resident of Denver, filed *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court without Prepaying Fees or Costs ("IFP Motion") (ECF No. 2).  The court reviewed the submitted documents pursuant to D.C.COLO.LCivR 8.1(a) and determined that they were deficient.  The Court ordered Mr. Ford to cure the designated deficiencies within thirty days if he wished to pursue his claims. (ECF No. 4).  Specifically, the Court noted that the IFP Motion was not complete and that Mr. Ford should submit a complete IFP motion or, in the alternative, he could pay the $400 filing fee.  Additionally, the Court noted that the complaint was missing an original signature, addresses were not provided for the defendants, no defendants were named, no basis for federal jurisdiction was asserted, and no claims for relief, supporting factual allegations, or a request for relief were included.

In response to the Court's Order, Mr. Ford submitted a letter stating, "I"m sorry I

don't have $400 to send your U.S. District Court.  I have to let this case go." (ECF NO. 5).  After reviewing Mr. Ford's letter, it is unclear if Mr. Ford understood the Court's order regarding his IFP motion.  The Order did not require Mr. Ford to pay the filing fee at this time.  Instead, the court ordered him to *either* pay the filing *or* cure the deficiencies in his IFP motion.  Mr. Ford may qualify to proceed *in forma pauperis* (and not pay the $400 filing fee), but if he wishes to do so, he must submit a complete IFP motion and cure the other designated deficiencies in his Complaint.  Accordingly, Mr. Ford will be given another opportunity to cure the designated deficiencies in his IFP motion and Complaint. It is

ORDERED that Mr. Ford either submit a complete Application to Proceed in District Court without Prepaying Fees or Costs Form (Long Form) ("IFP Motion") or, in the alternative, pay the $400 filing fee **within thirty days from the date of this Order**.  It is

FURTHER ORDERED that Mr. Ford cure the designated deficiencies in the Complaint, as described in the Court's August 5, 2015 Order (ECF No. 4), **within thirty days from the date of this Order**.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the forms to cure the above noted deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without

further notice. It is

FURTHER ORDERED that if Plaintiff wishes to voluntarily dismiss the case pursuant to Fed. R. Civ. P. 41(a)(1), he must notify the Court in writing **within thirty days from the date of this Order**.

DATED September 11, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge